**Order entered December 6, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-17-01143-CV

### IN RE ARTURO SOLIS, Relator

---

### Original Proceeding from the 52nd District Court
### Coryell County, Texas[1]
### Trial Court Cause No. C10-11-40751

---

## ORDER
Before Justices Francis, Brown, and Whitehill

Before the Court is relator's November 7, 2017 motion in which he seeks an order directing the Clerk of the Court to docket his "Motion for T.R.O. and Injunction" into this cause number and remove that motion from cause number 05-17-01234-CV. We **DENY** the motion.

/s/  ADA BROWN
    JUSTICE

---

[1] Although originally filed in the Tenth Court of Appeals and docketed as case number 10-17-00286-CR, this original proceeding was transferred to this Court pursuant to Tex. Gov't Code § 73.001 and due to recusals on the Tenth Court of Appeals. *See* TEX. SUP. CT. ORDER, Misc. Docket No. 17–9127 (Sept. 28, 2017).